STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

| | |
|---|---|
| SHARON V. LOVEJOY | 5083-0 |
| ANDREW J. LAUTENBACH | 8805-0 |
| BRANDI J. BUEHN | 9271-0 |

733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawaii 96813
Telephone: (808) 537-6100

Attorneys for Defendant
BAC HOME LOANS SERVICING, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROCKY FUJIO TAKUSHI, Individually and as Trustee of the Albert G. Takushi Revocable Living Trust Dated April 11, 2007,<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership; ALOHA ASSET SERVICING, LLC; DOES 1-50,<br><br>Defendants. | CASE NO. CV11-00189 LEK-RLP<br><br>DEFENDANT BAC HOME LOANS SERVICING, LP'S **MOTION TO DISMISS** PLAINTIFF'S COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRANDI J. BUEHN; EXHIBITS A – D; CERTIFICATE OF SERVICE |

516068-1

## DEFENDANT BAC HOME LOANS SERVICING, LP'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant BAC HOME LOANS SERVICING, INC. ("*Defendant BAC*"), by and through its undersigned attorneys, respectfully moves this Court for an order dismissing with prejudice all claims against Defendant that are asserted in the Complaint ("*Complaint*") of Plaintiff ROCKY FUJIO TAKUSHI, individually and as trustee for the Albert G. Takushi Revocable Living Trust Dated April 11, 2007 ("*Plaintiff*") for failure to state a claim upon which relief can be granted.

The Complaint asserts two causes of action: (1) Declaratory Judgment as to Title – seeking a declaration that Plaintiff holds title to certain real property located at 98-1868 Nahele Street, Aiea, Hawaii 96701 (the "*Property*"); and (2) TILA Cancellation and Rescission – seeking to cancel and rescind the subject loan transaction. Plaintiff has no standing to seek rescission under TILA, as Plaintiff was not the borrower or mortgagor in the subject transaction, and even if he did have standing, Plaintiff's TILA claim is time-barred, moot, Plaintiff has failed to allege tender, and his claim is otherwise insufficiently pled. Plaintiff's TILA claim also fails because the Property has already been sold by way of non-judicial foreclosure. Thus, Plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendant BAC therefore respectfully requests that the Complaint be dismissed with prejudice in its entirety.

This motion is brought pursuant to Federal Rules of Civil Procedure

2

("*FRCP*") Rules 12(b)(6) and 12(e), Local Rules of the District Court for the District of Hawai'i ("*L.R.*") Rules 7.1, 7.5, 7.7, and 10.2, and supported by the attached memorandum, declaration, and exhibits; files and pleadings in this case; and any evidence or arguments as may be presented at the hearing on this matter.

DATED: Honolulu, Hawaii, March 30, 2011.

/s/ Brandi J. Buehn
SHARON V. LOVEJOY
ANDREW J. LAUTENBACH
BRANDI J. BUEHN

Attorneys for Defendants
BAC HOME LOANS SERVICING, LP